```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  JAMES P. ROBERTS
    Certified Student Attorney
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorneys for Defendant
    Michael K. Curcio
 8

 9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
    UNITED STATES OF AMERICA,    )  2:13-MJ-49-AC
13                               )
                     Plaintiff,  )
14                               )  STIPULATION [AND PROPOSED ORDER]
         v.                      )  TO VACATE TRIAL AND TO SET A
15                               )  CHANGE OF PLEA
    MICHAEL K. CURCIO,           )
16                               )
                     Defendant.  )  Date:  April 22, 2013
17                               )  Time:  9:00 a.m.
    _____ )  Judge: Hon. Allison Claire
18
```

19      The United States Attorney through his respective counsel,

20 NICHOLAS M. FOGG, Special Assistant United States Attorney, and LINDA

21 C. HARTER, Attorney for MICHAEL K. CURCIO, and Certified Student

22 Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the trial

23 scheduled for April 18, 2013 at 9:00am.

24 ///

25

26

27

1    Accordingly, the parties jointly request that a change of plea be
2 scheduled for April 22, 2013 at 9:00am before Magistrate Judge Allison
3 Claire.

5 Dated: April 8, 2013                     Respectfully submitted,

7                                          JOSEPH SCHLESINGER
                                           Acting Federal Defender

9                                          /s/ Linda C. Harter
                                           Linda C. Harter
10                                         Chief Assistant Federal Defender
                                           Attorney for MICHAEL K. CURCIO

                                           /s/ James P. Roberts
12                                         James P. Roberts
                                           Certified Student Attorney

14 Dated: January 22, 2012                 BENJAMIN B. WAGNER
                                           United States Attorney

16                                         /s/ Nicholas M. Fogg
                                           Nicholas M. Fogg
17                                         Special Assistant U.S. Attorney

19                                        O R D E R

20 **IT IS SO ORDERED.**

22 DATED: April 16, 2013.
                                           _____
23                                         United States Magistrate Judge

-2-